UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| Gregory W. Koss, ) | Chapter  7 |
| ) | Case No. 02-13666-HJB |
| Debtor ) | |

## MOTION OF SAUGUS FEDERAL CREDIT UNION
## FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE HENRY J. BOROFF, BANKRUPTCY JUDGE:

Saugus Federal Credit Union (the "Credit Union"), respectfully states the following:

1. The Credit Union has a mailing address of 509 Main Street, Saugus, Massachusetts 01906.

2. The Debtor, Gregory W. Koss (the "Debtor") resides at 29 Lewis Street, Marion, Massachusetts.

3. The Debtor filed a Chapter 11 proceeding on May 20, 2002, which was converted to Chapter 7 on October 22, 2003.

4. The Debtor and Elizabeth Koss ("Koss") granted an Adjustable Rate Note (the "Note") dated August 23, 2006 to the Credit Union in the original principal amount of $1,000,000.00. The Note is secured by a mortgage dated August 23, 2006 and recorded with Plymouth County Registry of Deeds in Book 33236, Page 260 (the "First Mortgage"), which encumbers the property located at 32 Beach Street, Marion, Massachusetts (the "Marion Property").  See Exhibit A.

5. As of the date of this Motion, the Debtor and Koss have incurred post-petition arrearages on the First Mortgage in the following amounts:

| | |
|---|---|
| August, 2009 mortgage payment | $ 7,302.12 |
| September, 2009 mortgage payment | $ 7,302.12 |
| October, 2009 mortgage payment | $ 6,269.93 |
| Late fees | $    154.65 |
| Total | $21,028.82 |

The total amount due and owing on the First Mortgage as of October 19, 2009 is $987,950.57.

6. The Debtor and Koss granted a Home Equity Line of Credit Note (the "HELOC Note") dated November 2, 2006 to the Credit Union in the original principal amount of $600,000.00. The HELOC Note is secured by a mortgage dated November 2, 2006 and recorded with Plymouth County Registry of Deeds in Book 33632, Page 80, which also encumbers the Marion Property (the "Second Mortgage"). See Exhibit B.

7. As of the date of this Motion, the Debtor and Koss have incurred post-petition arrearages on the Second Mortgage in the following amounts:

| | |
|---|---|
| August, 2009 mortgage payment | $ 1,573.09 |
| September, 2009 mortgage payment | $ 1,573.09 |
| October, 2009 mortgage payment | $ 1,522.21 |
| Total | $ 4,668.39 |

The total amount due and owing on the Second Mortgage as of October 19, 2009 is $572,340.50.

8. The post-petition arrearages for both the First and Second Mortgages are in the amount of $25,697.21. In addition, the Credit Union has incurred legal fees and filing fees in preparation of this Motion in the amount of $675.00 for a total post-petition amount of $26,372.21. It is

expected that if a Hearing is required, the November, 2009 mortgage payment of $6,269.93 and $1,522.21 respectively, will then be due and owing and the Credit Union will incur additional legal fees in the amount of $500.00 for an estimated total post-petition arrearage of $34,664.35.

9. As of the date of the filing of this bankruptcy proceeding, the automatic provisions of 11 U.S.C. §326(a) became effective. Therefore, the Credit Union is prevented from exercising its rights as a secured creditor of the Debtor and Koss as set forth under certain applicable state laws, including, without limitation, its rights to commence a foreclosure proceeding under the Mortgage document. By the Motion brought herein, the Credit Union seeks a termination of the automatic stay pursuant to 11 U.S.C. §326(d)(1) and (2).

## GROUNDS FOR RELIEF FROM THE AUTOMATIC STAY

10. The Debtor and Koss have failed to make the monthly mortgage payments for both Mortgages as and when due and owing, and have incurred arrearages on both the First and Second Mortgages in the amount of $26,372.21, including costs and legal fees. There is no other collateral securing the Notes and Mortgages. The First and Second Mortgage are the only encumbrances on the Marion Property in the approximate total amount of $1,560,291.07.

11. The Credit Union has obtained an Appraisal of the Marion Property which shows the value of the Marion Property to be approximately $1,590,000.00, and which is attached hereto as Exhibit C. The liquidation value of the Marion Property is calculated as $1,590,000.00, less a reasonable realtor's fee (6%) of $95,400.00, deed tax stamps of $7,250.40, and anticipated closing costs for a real estate closing estimated at $1,000.00, for an approximate liquidation value of $1,486,349.60. In comparison with the outstanding amounts of the secured

encumbrances on the Marion Property, the Debtors enjoy no equity in the Marion Property and the Credit Union is entitled to relief pursuant to §362 (d)(2).

12. The Credit Union seeks Relief from Stay as a secured creditor to enforce its rights under the loan documents and applicable law. The Credit Union is entitled to Relief pursuant to 11 U.S.C. Section 362(d)(1) for cause as the Debtor and Koss have not made the contractual mortgage payments as required.

WHEREFORE, Saugus Federal Credit Union respectfully requests that this Court enter an order affording it relief from the automatic stay in order to allow Movant to exercise any and all of its rights and remedies under the applicable loan documents, including, without limitation, taking possession of the Marion Property and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage, and to preserve its right to seek any deficiency under the Notes as permitted by state and federal law, and that the Court order such other and further relief as may be just and proper.

          Respectfully submitted

          SAUGUS FEDERAL CREDIT UNION

          By its attorneys,
          MARCUS, ERRICO, EMMER & BROOKS, P.C.

Dated: October 29, 2009

          /s/ Laura White Brandow
          Laura White Brandow, Esquire
          BBO# 560129
          45 Braintree Hill Office Park, Suite 107
          Braintree, Massachusetts 02184
          (781) 843-5000
          lbrandow@meeb.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| Gregory W. Koss, ) | Chapter 7 |
| ) | Case No. 02-13666-HJB |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

I, Laura White Brandow, hereby certify on this 29th day of October, 2009, I filed a true and correct copy of the foregoing MOTION OF SAUGUS FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY and PROPOSED ORDER, by causing same to be electronically filed with the Court, and by causing a copy of the Motion for Relief to be mailed first class, postage prepaid, to any of the parties listed on the attached Service List, not noted as having received electronic service.

/s/ Laura White Brandow
Laura White Brandow, Esquire
BBO# 560129
MARCUS, ERRICO, EMMER
& BROOKS, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, Massachusetts 02184
(781) 843-5000
lbrandow@meeb.com

## SERVICE LIST

Mr. Gregory W. Koss
P.O. Box 129
Marion, Massachusetts 02738
(Debtor)

Ms. Elizabeth Koss
P.O. Box 129
Marion, Massachusetts 02738

Carl D. Aframe, Esquire
Aframe, Barnhill & Von Timroth
370 Main Street, Suite 975
Worcester, Massachusetts 01608
(Debtor's counsel)

Donald Lassman, Esquire
P.O. Box 920385
Needham, Massachusetts 02492
(Chapter 7 Trustee)

Christopher Lee, Esquire
P.O. Box 22
Hopkinton, Massachusetts 01748

Stephen M. Sheehy, Esquire
460 Trotten Pond Road
Waltham, Massachusetts 02451

Town of Marion
Collector of Taxes
2 Spring Street
Marion, Massachusetts 02738

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: )<br> )<br>Gregory W. Koss, )<br> )<br> Debtor )<br> ) | Chapter   7<br>Case No.  02-13666-HJB |

## ORDER ALLOWING
## RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of the Saugus Federal Credit Union for Relief from the Automatic Stay, filed by its attorneys, after notice and hearing, for cause shown it is hereby:

ORDERED, DECREED AND ADJUDGED, that the Motion is allowed and Saugus Federal Credit Union is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) to proceed to foreclose or accept a deed in lieu of foreclosure of the mortgages granted by Gregory W. Koss and Elizabeth Koss to Saugus Federal Credit Union, dated August 23, 2006 and November 2, 2006 and recorded with Plymouth County Registry of Deeds in Book 33236, Page 260 and Book 33632, Page 80, respectively, covering the premises located at 32 Beach Street, Marion, Massachusetts, to exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in said Motion.

Dated this _____ day of _____, 2009.

_____
United States Bankruptcy Judge