BK 33632 PG 080


Cushing & Dolan, P.C.
520 Providence Highway
Suite 10
Norwood, MA 02062

Return: Saugus Federal Credit Union
448 Lincoln Avenue
Saugus, MA 01906

124762
Received & Recorded
PLYMOUTH COUNTY
REGISTRY OF DEEDS
06 NOV 2006  10:01AM
JOHN R. BUCKLEY, JR.
REGISTER
Bk 33632 Pg 80-91

# MORTGAGE

We, **GREGORY W. KOSS and ELIZABETH L. KOSS** of 32 Beach Street, Marion, Massachusetts 02738 ("Mortgagor"), for consideration paid, hereby grants to **Saugus Federal Credit Union, 448 Lincoln Avenue, Saugus, Massachusetts** ("Mortgagee"), with Mortgage Covenants, to secure the payment of **Six Hundred Thousand Dollars and 00/100 cents**, with interest and any other charges due thereon, payable as provided in Mortgagor's promissory note of even date ("Note"), to secure the performance of all covenants and agreements contained herein, in the Note and to secure the payment and performance of all other debts, covenants and agreements of or by Mortgagor to or for the benefit of Mortgagee now existing or hereafter arising while this mortgage is still undischarged of record, the land in **Marion, Plymouth County, Massachusetts**, all as described in Exhibit "A" attached hereto, together with any and all improvements now or hereafter situated thereon.

## DEFINITIONS

Unless the context otherwise requires, the terms defined in this Section Seven shall, for all purposes of this Agreement, have the meanings herein specified, the following definitions to be equally applicable to both the singular and plural forms of any of the terms herein defined.

"Agreement" shall mean this entire Instrument with the Exhibits, if any, attached.

"Borrower" shall mean **Gregory W. Koss and Elizabeth L. Koss** of **Marion, Plymouth County**, Massachusetts.

"Mortgagor" as used herein means Mortgagor named herein, whether one or several, and also means any subsequent owner or owners of the equity of redemption of the Premises, and all of the covenants and agreement of Mortgagor herein contained shall be binding upon Mortgagor, its heirs, executors, administrators, successors and assigns and shall be joint and several if more than one person constitutes Mortgagor. The word

"Mortgagee" as used herein means Mortgagee named herein and any subsequent holder or holders of this Mortgage.

"Construction Loans" shall mean Loans for the purpose of financing the construction of a single family dwelling at **32 Beach Street, Marion, Massachusetts**

1

*[handwritten in margin: 32 Beach ST. MARION MA]*

"Dwelling" shall mean and include a single-family residence and appurtenant structures together with all fixtures, roads, walks, driveways and drains and all sewer, water, gas, electrical, and other utilities, services and facilities which may be required under applicable building and zoning requirements or reasonably necessary to service the same.

"Event of Default" shall mean any one of the events or occurrences specified in Section Five of this Agreement. The enumeration of Events of Default is not intended to, nor shall it be construed to, alter the demand nature of Borrower's Obligations.

"Lender" shall mean Saugus Federal Credit Union, its successors and assigns.

"Loan Documents" shall mean (i) this Mortgage and Security Agreement, (ii) Loan Agreement (iii) Borrower's $600,000.00 Demand Note of even date herewith, and (iv) all other documents, agreements, certificates and instruments of every kind made or delivered by or on behalf of the Borrower to the Lender pursuant to this Agreement or in connection with the transactions contemplated thereunder.

"Loans" shall mean all advances made up to $600,000.00 the aggregate by the Lender to the Borrower under or pursuant to the provisions of Section One of the Loan Agreement including but not limited to the Construction Loans.

"Lot" shall mean a lot of land in the Subdivision, title to which is in the name of the Borrower, subject to no liens or encumbrances whatsoever except for the lien of the Mortgage and any other liens in favor of the Lender.

"Mortgage" shall mean the mortgage and security agreement granting to the Lender a valid first mortgage of the Lots in the subdivision and a Security interest in all goods, equipment, fixtures, building materials and tangible personal property of every kind, now or hereafter located on, attached to or incorporated in and used in connection with the construction of the streets, ways, improvements, Dwellings and structures in the Subdivision.

"Obligations" shall mean (i) all of the Borrower's covenants, agreements and obligations contained in the Loan Documents and (ii) all debts, liabilities and obligations of Borrower to Lender of every kind and description, direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, including but not limited to the Loans and Borrower's Loan Account.

"Person" shall mean an individual, a corporation, a partnership, a joint stock association, a business trust or a government or any agency or subdivision thereof, and shall include the singular and the plural.

Borrower and Lender covenant and agree as follows:

As further security for all of Mortgagor's obligations described or referred to herein, Mortgagor grants to Mortgagee a first priority continuing security interest in the following property, whether now owned or hereafter acquired, and all additions,

2

invalid for any reason, the enforcement of any other provision shall be deemed modified to the extent necessary to be enforceable or if such modification is not practicable, such provision shall be deemed deleted from this Mortgage.

This Mortgage is upon the STATUTORY CONDITION and upon the further condition that all covenants and agreements of Mortgagor in the Note, this Mortgage, all other instruments executed in connection therewith and in all other mortgages, debts and obligations of or from Mortgagor to or for the benefit of Mortgagee shall be kept and fully performed, and upon any breach of the same Mortgagee shall have the STATUTORY POWER OF SALE and any other powers given by statute.

This Mortgage is executed under seal this 2nd day of November, 2006.

_____
Gregory W. Koss

_____
Elizabeth L. Koss

### COMMONWEALTH OF MASSACHUSETTS

Norfolk County, SS:                              November 2, 2006

On this 2nd day of November, 2006 before me, the undersigned notary public personally appeared Gregory W. Koss and Elizabeth L. Koss proved to me through satisfactory evidence of identification, which were Drivers licenses, to be the person whose name is signed on the preceding or attached document and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Glen F. Sutherland
Notary Public
My Commission Exp: March 8th, 2007

GLEN F. SUTHERLAND
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 8, 2007

10



# EXHIBIT A

Locus: Marion

BEGINNING at the northeast corner of the premises being conveyed herein, being the southeast corner of Lot "B" as shown on a Plan of Land hereinafter mentioned and being at the intersection of said point with land now or formerly of the town of Marion; thence

SOUTH 21 degrees 47' 48" WEST sixty and 00/100 (60.00) feet by said last-named land to a point; thence

SOUTH 02 degrees 47' 48" WEST two hundred thirty-two and 90/100 (232.90) feet still by said last-named land to a corner and Lot "D" as shown on said Plan; thence

NORTH 80 degrees 24' 45" WEST sixty-four and 15/100 (64.15) feet by the said Lot "D" to a proposed private way as shown on said Plan; thence

NORTHERLY, NORTHWESTERLY, WESTERLY and SOUTHWESTERLY by the sideline of said proposed private way by a curve having a radius of forty-three and 00/100 (43.00) feet and a length of one hundred and fifty-six and 48/100 (156.48) feet measured on the arc to a point; thence

SOUTHERLY and SOUTHWESTERLY by the sideline of the said proposed private way by a curve having a radius of twenty and 00/100 (20.00) feet and a length of twenty-five and 95/100 (25.95) feet measured on the arc to land now or formerly of Ray E. Pickles; thence

NORTH 03 degrees 39' 40" EAST for a distance of one hundred seventy-five and 81/100 (175.81) feet by said last-named land and land now or formerly of Ray E. Pickles and Lucille E. Moulton; thence

NORTH 22 degrees 22' 40" EAST for a distance of one hundred forty-six and 89/100 (146.89) feet by said last-named land, Beach Street and land now or formerly of C. Clark and Ruth C. Streeter to a corner and Lot "B" as shown on said Plan; thence

SOUTH 68 degrees 12' 12" EAST by the said Lot "B" for a distance of one hundred thirty-three and 35/100 (133.35) feet to land now or formerly of the Town of Marion and the point of beginning.

CONTAINING 41,263 square feet, more or less.

BEING Lot "C" on a plan entitled "Plan of Land in Marion, Mass., Prepared for Michael J. Kenney, Nov. 5, 1984, Scale: 1" = 40', Arthur C. Thompson, Inc., Engineers &

Surveyors, Marion, Mass., Revised Dec. 12, 1984", filed in the Plymouth County Registry of Deeds in Plan Book 25, Page 269.

BEING the premises conveyed to grantors by deed of Michael J. Kenny and Judith W. Rosbe, dated October 30, 1986, and recorded in said Registry in Book 7280, Page 241.

SUBJECT to a utility easement running along the westerly side of said parcel as shown on said Plan.

SUBJECT to a twelve (12) foot wide drainage easement running in an east-west direction as shown on said Plan and further SUBJECT to a fifteen (15) foot wide drainage easement running in an east-west direction at the southerly portion of said parcel as shown on said Plan.

For reference to title see deed recorded with Plymouth County Registry of Deeds at Book 11647, Page 81.